**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV-07-2226-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ten (10) Firearms, Eleven (11) Rounds of Ammunition; and $32,760.00 in U.S. Currency. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter arises upon the Court's review of the file. Since the Court's March 11, 2008 OSC, Plaintiff has filed, *inter alia*, a Notice of Substitution of Counsel, an Application for Entry of Default and a Notice of Publication. Pursuant to Rule 55(a), FED.R.CIV.P., the Clerk entered default against Claimants and Defendant property on March 21, 2008.

Good cause appearing,

**IT IS ORDERED** that the Order to Show Cause against the Government is hereby **DISCHARGED**. No default judgment or hearing pursuant to Rule 55(b)(2), however, will be entered or heard until after **Monday, April 7, 2008**, the deadline given to Claimants and/or their attorney to respond to the Court's March 11, 2008 OSC.

1    **IT IS FURTHER ORDERED** directing the Clerk to **not** enter default

2    judgment in this case until further order of the Court.[1]

3    **IT IS FURTHER ORDERED** directing the Clerk to promptly mail a complete

4    copy of this Order to Attorney Alejandro E. Muñoz, The Muñoz Law Firm, P.C., 55 W.

5    Franklin Street, Tucson, Arizona 85701.

6    DATED this 24th day of March, 2008.

7

8    _____
     Lawrence O. Anderson

9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28    [1] The Clerk's erroneous entry of default contrary to the Court's March 11, 2008 Order to Show Cause will be set aside if after April 7, 2008, it is appropriate to do so.