**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-07-2226-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Ten (10) Firearms, Eleven (11) Rounds of Ammunition; and $32,760.00 in U.S. Currency. | |
| Defendants. | |

This matter arises upon the Court's review of Claimants' attorney's Response to OSC/Motion to Withdraw. (docket # 18) Because the Response/Motion does not bear the written signatures of his clients, Claimants' attorney must properly comply with LRCiv 83.3(b)(2). Specifically, any motion to withdraw not bearing the written signatures of an attorney's client must

> . . . be accompanied by a certificate of the attorney making the motion that (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions, or (B) the client cannot be located or for whatever other reason cannot be notified of the pendency of the motion and the status of the case [and]

shall include a mailing certificate that a copy of the withdrawal motion was mailed to the clients' last known address. LRCiv 83.3(b)(2). Upon the prompt filing of an amended

1  motion to withdraw that complies in all aspects with this order and LRCiv 83.3(b)(2), the
2  motion will be granted.
3        **IT IS ORDERED** that the Claimants' attorney's Motion to Withdraw, docket
4  # 18, is **DENIED** without prejudice.
5        **IT IS FURTHER ORDERED** that the Order to Show Cause against
6  Claimants and Attorney Alejandro E. Muñoz is hereby **DISCHARGED**.
7        DATED this 27th day of March, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -