**WO**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TEN (10) Firearms, Eleven (11) Rounds of Ammunition; and $32,760 in U.S. Currency,<br><br>Defendants. | No.   CV-07-2226-PHX-LOA<br><br><br>**ORDER** |

Having read Claimants attorney's Motion to Withdraw as Attorney of Record (docket #21) and good cause appearing,

IT IS ORDERED withdrawing Attorney Alejandro E. Muñoz as attorney of record on behalf of Claimants Pedro Ivan Alvillar-Torres and Sandra Elizabeth Contreras.

DATED this 21st day of April, 2008.

Lawrence O. Anderson
United States Magistrate Judge