**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV-07-2226-PHX-LOA |
| Plaintiff, | ) ) | **DEFAULT JUDGMENT** |
| vs. | ) ) ) | |
| Ten (10) Firearms, Eleven (11) Rounds of Ammunition; and $32,760.00 in U.S. Currency. | ) ) ) ) | |
| Defendants. | ) ) ) | |

On motion of Plaintiff for default judgment as to Defendant property, and the Court determining that there is no just reason for delaying entry of judgment against Defendant property; and the Court finding that service of process has been duly made in accordance with law, including direct notice pursuant to Supplemental Admiralty and Maritime Claims Rule G(4)(b)(iii)(B) to potential or putative Claimants Pedro Ivan Alvillar-Torres and Sandra Elizabeth Contreras; and that no parties, including Pedro Ivan Alvillar-Torres and Sandra Elizabeth Contreras, have claimed an interest in Defendant property or have timely pled, answered, or otherwise appeared in these proceedings and are now in default; and the Court further finding that from an examination of the record herein that the allegations of the Verified Complaint are true;

Accordingly,

**IT IS ORDERED** that the interests, if any, of Pedro Ivan Alvillar-Torres and Sandra Elizabeth Contreras, and all others in Defendant property further described as:

    Rifle, Cal. 7.62, Century Arms, M70B1, Serial Number M70B00929;

    Rifle, Cal. .223, Colt, AR-15, Serial Number LGC035666;

    Rifle, Cal. 22, Ruger, 10/22, Serial Number 235-59653;

    Rifle, Cal. 5.56, Kel-Tec, SU-16, Serial Number N4051;

    Rifle, Cal. 7.62, Century Arms, M70AB2, Serial Number M70AB03139;

    Pistol Handgun, Cal. .223 Bushmaster, Carbon 15, Serial Number D10556 (with box);

    Revolver, Cal. 22, Derringer, Serial Number L073694;

    Pistol Handgun, Cal. 9mm, SWD, M-11, Serial Number 87-0007173;

    Pistol Handgun, Cal. .380, Cobra, CA-380, Serial Number CPO27585 (with box);

    Pistol Handgun, Cal. .45, Taurus, PT145, Serial Number NXA43212 (with eleven rounds of ammunition); and

    $32,760.00 in United States Currency

are **HEREBY FORFEITED** to the United States of America, in accordance with 18 U.S.C. §922(a), 18 U.S.C. §922(g), 18 U.S.C. §924(d), 18 U.S.C. §924(n), 18 U.S.C. § 981, and 18 U.S.C. §§1956 and 1957.

**IT IS FURTHER ORDERED** that the United States Marshals Service or other appropriate federal agency shall dispose of the forfeited Defendant property according to law.

DATED this 15th day of May, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge